UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:20-cv-80696-WPD

**EDWIN ALVAREZ**, on behalf of himself and
others similarly situated,

       Plaintiff,

  v.

**GEO SECURE SERVICES, LLC**,

       Defendant.
_____/

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE**

    Named Plaintiff Edwin Alvarez ("Named Plaintiff" or "Plaintiff") and GEO Secure Services, LLC ("GEO") (collectively the "Parties") hereby respectfully move this Honorable Court to approve the proposed Fair Labor Standards Act ("FLSA") opt-in Settlement reached by the Parties and memorialized in the Settlement Agreement and Release ("Settlement" or "Agreement") attached hereto as Exhibit A.  Because the proposed Settlement is an FLSA *opt-in* settlement, as opposed to a Rule 23 *opt-out* settlement that would bind absent class members, no fairness hearing is required or requested by the Parties.[1]  Additionally, no oral argument is necessary or requested by the Parties.

---

[1] *See Moore v. Ackerman Inv. Co.*, C 07-3058-MWB, 2009 WL 2848858 (N.D. Iowa Sept. 1, 2009) ("Section 216(b) does not expressly require a 'fairness' hearing on a proposed settlement, as Rule 23 of the Federal Rules of Civil Procedure does for class actions pursuant to that rule, and Rule 23 requirements are not directly applicable to a collective action pursuant to § 216(b)."); *McLean v. HSM Elec. Prot. Services, Inc.*, 607CV1680ORL28DAB, 2008 WL 4642270 (M.D. Fla. Oct. 8, 2008) (same); *Barnes v. Benzerenterprises, Inc.*, 607CV1754-ORL-22DAB, 2008 WL 4059839, (M.D. Fla. Aug. 27, 2008) ("the Court determines that there is no need for a fairness hearing").

The proposed settlement will resolve bona fide disputes involving overtime compensation claims brought under the FLSA on behalf of the Named Plaintiff, the Named Opt-In Party Plaintiffs, and other Potential Opt-In Plaintiffs who may choose to opt-in to the settlement by executing and returning Consent and Release Forms to be sent to them under this Court's order pursuant to the Stipulated Order Approving Settlement Agreement and Release, which is attached hereto as Exhibit D.

A Memorandum in Support of Approval is also attached hereto. The settlement documents submitted for approval or entry by this Honorable Court consist of the following:

Exhibit A:   Settlement Agreement and Release.

Exhibit B:   Notice of Settlement of Lawsuit, with attached Consent and Release Form

Exhibit C:   Stipulated Order Approving Settlement Agreement and Release

Exhibit D:   Declaration of Class Counsel Hans A. Nilges

Respectfully submitted,

| | |
|---|---|
| /s/ Alejandro F. Garcia | /s/ Susan N. Eisenberg |
| Alejandro F. Garcia, Esq. | Susan N. Eisenberg, Esq. |
| **Ramhofer Garcia & Moore, PLLC** | Arielle S. Eisenberg, Esq. |
| 11900 Biscayne Boulevard | **Cozen O'Connor** |
| Suite 742 | 200 S. Biscayne Blvd. |
| North Miami, FL 33181 | Suite 3000 |
| Telephone: (305) 481-9733 | Miami, Fla. 33131 |
| Facsimile: (954) 697-0341 | Telephone: (305) 704-5941 |
| Email: agarcia@rgmlawfirm.com | Facsimile: (786) 220-0470 |
| | Email: seisenberg@cozen.com |
| -and- | aeisenberg@cozen.com |
| | |
| Hans A. Nilges, Esq. | *Counsel for Defendant* |
| Shannon M. Draher, Esq. | |
| **Nilges Draher LLC** | |
| 7266 Portage Street, N.W. | |
| Suite D | |
| Massillon, OH 44646 | |
| Telephone: (330) 470-4428 | |
| Facsimile: (330) 754-1430 | |

Email: hans@ohlaborlaw.com
       sdraher@ohlaborlaw.com

-and-

Matthew J.P. Coffman
**COFFMAN LEGAL, LLC**
1550 Old Henderson, Road
Suite 126
Columbus, Ohio 43220
Telephone: (614) 949-1181
Facsimile: (614) 386-9964
Email: mcoffman@mcoffmanlegal.com

*Counsel for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of October 2020, a copy of the foregoing *Motion for Approval Of Settlement Agreement And* was sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                                       /s/ Alejandro F. Garcia_____
                                       Alejandro F. Garcia, Esq.