UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:20-cv-80696-WPD

**EDWIN ALVAREZ**, on behalf of himself and
others similarly situated,

        Plaintiff,

  v.

**GEO SECURE SERVICES, LLC**,

        Defendant.
_____/

## JOINT MOTION FOR APPROVAL OF AMENDED SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

Named Plaintiff Edwin Alvarez ("Named Plaintiff" or "Plaintiff") and GEO Secure Services, LLC ("GEO") (collectively the "Parties") hereby respectfully move this Honorable Court to approve the proposed Fair Labor Standards Act ("FLSA") opt-in Settlement reached by the Parties and memorialized in the Amended Settlement Agreement and Release ("Amended Settlement" or "Amended Agreement") filed at DE 44-1.

The proposed settlement will resolve bona fide disputes involving overtime compensation claims brought under the FLSA on behalf of the Named Plaintiff, the Named Opt-In Party Plaintiffs, and other Qualified Claimants who chose to opt-in to the settlement by executing and returning Consent and Release Forms sent to them under this Court's prior Order. [DE 45].

A Memorandum in Support of Approval is also attached hereto. The settlement documents submitted for approval or entry by this Honorable Court consist of the following:

    Exhibit A:    Stipulated Order Approving Settlement Agreement and Release

Exhibit B:    Declaration of Class Counsel Hans A. Nilges

Respectfully submitted,

/s/ Alejandro F. Garcia_____
Alejandro F. Garcia, Esq.
**Ramhofer Garcia & Moore, PLLC**
11900 Biscayne Boulevard
Suite 742
North Miami, FL 33181
Telephone: (305) 481-9733
Facsimile: (954) 697-0341
Email: agarcia@rgmlawfirm.com

-and-

Hans A. Nilges, Esq.
Shannon M. Draher, Esq.
**Nilges Draher LLC**
7266 Portage Street, N.W.
Suite D
Massillon, OH 44646
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: hans@ohlaborlaw.com
         sdraher@ohlaborlaw.com

-and-

Matthew J.P. Coffman
**COFFMAN LEGAL, LLC**
1550 Old Henderson, Road
Suite 126
Columbus, Ohio 43220
Telephone: (614) 949-1181
Facsimile: (614) 386-9964
Email: mcoffman@mcoffmanlegal.com

*Counsel for Plaintiff and the Settlement Class*

/s/ Susan N. Eisenberg_____
Susan N. Eisenberg, Esq.
Arielle S. Eisenberg, Esq.
**Cozen O'Connor**
200 S. Biscayne Blvd.
Suite 3000
Miami, Fla. 33131
Telephone: (305) 704-5941
Facsimile: (786) 220-0470
Email: seisenberg@cozen.com
         aeisenberg@cozen.com

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of May 2021, a copy of the foregoing *Joint Motion for Approval Of Amended Settlement Agreement And Stipulation of Dismissal with Prejudice* was sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                                                                                                            /s/ Alejandro F. Garcia_____
                                                                                                            Alejandro F. Garcia, Esq.