UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:20-cv-80696-WPD

EDWIN ALVAREZ, on behalf of himself and
others similarly situated,

    Plaintiff,

v.

GEO SECURE SERVICES, LLC,

    Defendant.
_____/

## ORDER APPROVING AMENDED SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the Joint Motion for Approval of Amended Settlement and Stipulation of Dismissal with Prejudice [DE 46] ("Joint Motion"). The Court has reviewed the Joint Motion, the Settlement Agreement [DE 44-1], as modified by the Joint Motion [DE 46] and by the Plaintiff's Unopposed Motion for Attorneys' Fees and Reimbursement of Expenses [DE 47], and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlement, the Court approves the Settlement as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't. of Labor,* 679 F.2d 1350, 1355 (11th Cir.1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion [DE 46] is **GRANTED**;

2. The Settlement Agreement [DE 44-1], as modified by the Joint Motion [DE 46] and by the Plaintiff's Unopposed Motion for Attorneys' Fees and Reimbursement of Expenses [DE 47], is hereby **APPROVED**;

3. Plaintiff's Unopposed Motion for Attorneys' Fees and Reimbursement of Expenses [DE 47] is **GRANTED**;

4. This case is **DISMISSED WITH PREJUDICE;**

5. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of May, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record